UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and THE
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS,

                Petitioners,            21 **CIVIL** 2317 (PAC)

       -against-               **JUDGMENT**

BILTMORE GENERAL CONTRACTORS, INC.,

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 29, 2021, Petitioners' motion to confirm the arbitration award is Granted. Respondent is ordered to pay the Funds one hundred fifteen thousand, seven hundred ninety-one & 94/100 dollars ($115,791.94), with interest to accrue at the rate of 5.25% from the date of the arbitration award, November 21, 2020, through June 29, 2021 in the amount of $3,664.10. Post-judgment interest will accrue at the statutory rate (28 U.S.C. § 1961(a)). The Court also awards Petitioners $75 in costs and $1,640 in attorneys' fees arising out of this proceeding; accordingly, this case is closed.

**Dated:** New York, New York
June 30, 2021

                                        **RUBY J. KRAJICK**
                                          _____
                                                **Clerk of Court**
**BY:** _____
                                                **Deputy Clerk**